IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2018 AUG 27 A 11: 42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

Zyrell Horton alias
Darrell Matthews (Birth Name)
Full name and prison number
of plaintiff(s)

v.

Ray D. Martin (Hon)
(def) Larry Clark
Susan K Harmon (esc)
E. Paul Jones
Roland L. Sledge
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:18-CV-758-WKW-CSC
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if
         state court, name the county) Chambers
         Circuit Courts

3. Docket number 2006-200.61

4. Name of judge to whom case was assigned
   Hon. Ray D. Martin

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) at this point on Appeal

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Frank Lee Work Release

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Circuit Court of Chambers County at Trial

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME / ADDRESS
   1. Hon Ray D Martin — 2 Lafayette St South, Suite B-114, Lafayette Ala 36862
   2. (det) Larry Clark — Lanett Police Dept, Lanett, Ala. 36863
   3. Susan K Harmon (esc) — P.O. Box 127, 5131 County Rd, Lafayette, Ala. 36862
   4. E. Paul Jones (D.A) — P.O. Box 609 Lafayette, Al. 36862
   5. LANETT Police Dept
   6. Roland Sledge

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 12/25/2006 - and Testimony of Larry Clark under oath substantiating evidence. 3/1/2007 Court Reporters Transcripts (R42 lines 9-13)

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: While under oath at trial (det) Larry Clark testified that he never Mirandize the then accused Tyrell Horton.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Exibit A: Court recorder transcript (R42 lines 9-13)(det) LC On 12/25/2005 executed a warrant on who he believed to be, Zyrell Horton,(det) Larry Clark never Mirandized the then accused. On 3/1/2007 He (det) Larry Clark testified under oath, while on cross examination that he never Mirandize me.

GROUND TWO: Indictment, issue though it has been raise on a prior appeal my true Identity is the alias.

SUPPORTING FACTS: The True Bill States an alias and to prevent perjury on my behalf. I give this court my (Christian birth name) Darrell Matthews when I explain the error to the courts on several occasions plaintiff was charged with giving false information to an officer, in 2017. I've been incarcerated since 3/1/2007 statue of limitations had not been established for a charge against plaintiff.

GROUND THREE: In violation of 4th, 5th, 8th, and 14th Amendment Rights, if not afforded Miranda Rights.

SUPPORTING FACTS: When then accused Zyrell Horton alias Darrell Matthews (Birth Name) was arrested without being Mirandized, Several Constitutional Rights were violated 4th- unreasonable Search and seizures. 5th Amend,- Protection for Persons... 8th Amend. cruel and unusual punishment inflicted, due to false imprisonment, for Judge Ray D. Martin allowing this malicious prosecution to take place after hearing (det) Larry Clarks testimony that he never Mirandize then the accused. 14th Amend - Protection to All Citizens as a Guarantee.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Vacate sentence and compensate victims effected by this malicious prosecution. Award Hedonic, Exemplary, and punitive damages in the sum of $30,000,000

*Zyrell Horton* alias *Darrell Matthews*
(Signature of plaintiff(s))   (Birth Name)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 8/25/2018
(Date)

*Zyrell Horton* alias *Darrell Matthews*
Signature of plaintiff(s) (Birth Name)

Deatsville Ala 36022
P.O. Box 220410

4

Zyrell Horton 253522 B-113
Deatsville, Ala. 36022
P O Box 22040

To: U.S. District Clerks Office
1 Church St P O Box 711
Montgomery, Ala. 36101-0711

